1 RENE L. VALLADARES
Federal Public Defender
2 Nevada State Bar No. 11479
BRIAN PUGH
3 Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
4 Las Vegas, Nevada 89101
(702) 388-6577/Phone
5 (702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for James Robert Kennedy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ROBERT KENNEDY,<br><br>　　　　Defendant. | Case No. 2:18-cr-00267-RFB-VCF<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for James Robert Kennedy, that the pretrial motion deadline be continued one (1) business day.

　　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 30, 2019, to file any and all pretrial motions and notice of defense, currently due September 27, 2019.

| | |
|---|---|
| 1 | IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they |
| 2 | shall have to and including October 14, 2019, to file any and all responsive pleadings, currently |
| 3 | due October 11, 2019. |
| 4 | IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they |
| 5 | shall have to and including October 21, 2019, to file any and all replies to dispositive motions, |
| 6 | currently due October 18, 2019. |

1. Counsel for the defendant needs additional time to prepare pretrial motions.
2. The defendant is not incarcerated and does not object to the continuance.
3. The parties agree to the continuance.
4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 27th day of September, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By _/s/ Brian Pugh_<br>BRIAN PUGH<br>Assistant Federal Public Defender | By _/s/ Jared Grimmer_<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES ROBERT KENNEDY,<br><br>    Defendant. | Case No. 2:18-cr-00267-RFB-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to prepare pretrial motions.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including September 30, 2019 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including October 14, 2019 to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including October 21, 2019 to file any and all replies.

DATED this 28th day of September, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE