NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268 / Fax: 702.388.6418
jessica.oliva@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-267-RFB-VCF |
| Plaintiff, | **Stipulation to Extend Deadline Regarding Production (First Request) [ECF 40]** |
| v. | |
| JAMES ROBERT KENNDY, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Jessica Oliva, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, through Brian Pugh, Assistant Federal Public Defender, counsel for Defendant James Robert Kennedy, that the Government's deadline to produce additional materials (ECF 40), currently set for November 19, 2019, be extended to November 26, 2019.

This stipulation is entered into for the following reasons:

1. On November 4, 2019, the Court ordered the Government to produce additional materials by November 19, 2019.

2. The Government has been working diligently but needs additional time to prepare these materials. The extension requested is not sought for purposes of delay, but to allow the Government sufficient time to prepare these materials.

3. This is the first request for an extension of time regarding the production deadline.

4. The parties agree to this extension.

5. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 19th day of November, 2019.

Respectfully submitted,

RENE L. VALLADARES  
Federal Public Defender

NICHOLAS A. TRUTANICH  
United States Attorney

*/s/ Brian Pugh*  
BRIAN PUGH  
Assistant Federal Public Defender  
Counsel for Defendant  
James Robert Kennedy

*/s/ Jessica Oliva*  
JESSICA OLIVA  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-267-RFB-VCF |
|---|---|
| Plaintiff, | |
| v. | |
| JAMES ROBERT KENNEDY, | |
| Defendant. | |

**[Proposed] Order Granting Stipulation to Extend Deadline**

**Regarding Production (First Request)**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the production of additional materials be extended to November 26, 2019.

DATED this __20th__ day of November, 2019.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that on November 19, 2019, I electronically served on Counsel of Record the foregoing **Stipulation to Extend Deadline Regarding Production (First Request)** by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney
