RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for James Kennedy

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00267-RFB-VCF |
| Plaintiff, | UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT AND PROPOSED ORDER |
| v. | |
| JAMES KENNEDY, | |
| Defendant. | |

The defendant, James Kennedy, by and through his attorney of record, Brian Pugh, Assistant Federal Public Defender, files this Unopposed Motion to Conduct a Pre-Plea Pre-Sentence Investigation Report on Brennen Chase.

On August 29, 2018, Mr. Kennedy was charged by indictment with three counts of Use or Trafficking in Unauthorized Access Devices in violation of 18 U.S.C. §§ 1028(a)(2) and (c)(1)(A)(i), and three counts of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1). ECF No. 1.

The parties are attempting to negotiate the case. The parties believe that they may be able to resolve this case short of trial. The parties are uncertain regarding the implications of Mr. Kennedy's criminal history on his potential sentencing guideline calculation. Mr.

Kennedy's criminal history calculation and his sentencing guideline range will necessarily affect the outcome and disposition of the case and/or potential negotiations.  The parties are unable to definitively determine Mr. Kennedy's sentencing guideline range without knowing his entire criminal history and therefore a pre-plea pre-sentence investigation report is requested.

To satisfy Mr. Kennedy's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as whether to accept or reject a plea offer, he has requested that a pre-plea pre-sentence investigation report be completed.  Undersigned counsel has spoken with the assigned AUSA and she does not oppose this motion.  Trial in this matter is set for March 22, 2021.

For the reasons stated above, the parties respectfully request that a pre-plea pre-sentence investigation report be conducted in this matter.

DATED this 19th day of February 2021.

RENE L. VALLADARES
Federal Public Defender

*/s/ Brian Pugh*

By: _____

BRIAN PUGH
Assistant Federal Public Defender

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:18-cr-00267-RFB-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| JAMES KENNEDY, | |
| Defendant. | |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for James Kennedy.

DATED this __19th__ day of _____February_____ 2021.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3