# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ROBERT KENNEDY,<br><br>　　　　Defendant. | 2:18-CR-267-RFB-VCF<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 1029(c)(1)(C) and (c)(2); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by James Robert Kennedy to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which James Robert Kennedy pled guilty. Criminal Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 78; Plea Agreement, ECF No. 85; Change of Plea, ECF No. 86; Preliminary Order of Forfeiture, ECF No. 87.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from September 18, 2021, through October 17, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 89-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 102.

On November 12, 2021, the United States Attorney's Office served Nevada Attorney General Aaron Ford with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 102-1, p. 1-16.

On November 12, 2021, the United States Attorney's Office served Governor Sisolak with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 102-1, p. 1-13, 17-18.

On November 12, 2021, the United States Attorney's Office served and attempted to serve Elisa Cafferata, Director, Nevada Department of Employment, Training & Rehabilitation, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned for postage. Notice of Filing Service of Process – Mailing, ECF No. 102-1, p. 1-13, 19-21.

On November 12, 2021, the United States Attorney's Office served and attempted to serve Stephanie Fischer, Compliance/Audit Investigations Supervisor, Employment Security Division, Nevada Department of Employment, Training & Rehabilitation, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned for postage. Notice of Filing Service of Process – Mailing, ECF No. 102-1, p. 1-13, 22-24.

On December 10, 2021, the United States Attorney's Office served Stephanie Fischer, Compliance/Audit Investigations Supervisor, Employment Security Division, Nevada Department of Employment, Training & Rehabilitation, with copies of the

Preliminary Order of Forfeiture and the Notice through certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 102-1, p. 1-13, 25-27.

On December 10, 2021, the United States Attorney's Office served Elisa Cafferata, Director, Nevada Department of Employment, Training & Rehabilitation, with copies of the Preliminary Order of Forfeiture and the Notice through certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 102-1, p. 1-13, 28-30.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 1029(c)(1)(C) and (c)(2); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Bank of America debit card XXXXXXXXXXXX3470 in the name of G.R.;
2. Bank of America debit card XXXXXXXXXXXX2026 in the name of C.S.;
3. Bank of America debit card XXXXXXXXXXXX3056 in the name of J.C.;
4. Bank of America withdrawal slip, account number XXXXXXXX3470 in the amount of $400;
5. Bank of America withdrawal slip, account number XXXXXXXX2026 in the amount of $120;
6. Bank of America withdrawal slip, account number XXXXXXXX3056 in the amount of $140; and
7. $580 in United States Currency

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __February 15__, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE