SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634

CYBILL L. DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00267-RFB-VCF |
| Plaintiff, | **ORDER AUTHORIZING PAYMENT FROM THE UNITED STATES DEPARTMENT OF LABOR** |
| v. | |
| JAMES ROBERT KENNEDY, | |
| Defendant. | |

This matter is before the Court on the Motion to Authorize Payment from the United States Department of Labor ("DOL") pursuant to 18 U.S.C. §§ 3613(a). The Court has reviewed the motion and finds that for good cause shown, the DOL shall turnover to the Clerk of Court funds held as evidence in the amount of $580.00 for the above named defendant as payment towards the criminal monetary penalties imposed in this case.

Payment shall be made payable to: Clerk of the Court, U.S. District Court, and delivered to:

> Clerk of the Court, U.S. District Court
> 333 Las Vegas Boulevard South, Suite 1334
> Las Vegas, NV 89101

/ / /

/ / /

Payment shall reference Judgment Debtor's name and case number: "James Robert Kennedy / 2:18-CR-00267-RFB-VCF".

**IT IS SO ORDERED:**

Dated: February 27, 2025

UNITED STATES DISTRICT JUDGE